IN THE SUPREME COURT OF TEXAS

 No. 05-0603

 IN RE LASANDRA MADDEN, INDIVIDUALLY, AND ON BEHALF OF LABREA WILLIAMS, A
 MINOR CHILD

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief incident to petition for
writ of mandamus, filed August 2, 2005, is granted. The order dated June
23, 2005, in Cause No. 03-09218-D, styled Lasandra Madden and Levell
Madden, Individually, and on behalf of Labrea Williams, a minor child v.
Columbia Hospital at Medical City Dallas Subsidiary, L.P. d/b/a Medical
City Dallas Hospital; et al., in the 95th District Court of Dallas County,
Texas, is stayed pending further order of this Court.

 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., August 12,
2005.

 Done at the City of Austin, this August 2, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk